JOHN D. GIFFIN, CASB NO. 89608
KEESAL, YOUNG & LOGAN
A Professional Corporation
Suite 1500
Four Embarcadero Center
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for
TWILIGHT MARINE, LTD.

FILED

MAR 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re Grand Jury Investigation of
M/V WARRIOR

) Case No. CR 07-00114 WDB
)
) **STIPULATION TO AMEND THE**
) **JUDGMENT**
)
)
)
)
)
)
)

The United States of America and Twilight Marine, Ltd. ("Twilight") by and through their counsel of record hereby stipulate that the judgment in the above-entitled proceedings may be amended to delete the reference therein to Title 18 U.S.C. § 2 (Aiding & Abetting). Pursuant to the Plea Agreement entered into between the United States and Twilight, Twilight agreed to plead guilty only to a single count of 46 U.S.C. § 2302(b) (Grossly Negligent Operation of a Vessel). Twilight did not agree to plead guilty to Title 18, U.S.C. § 2. Therefore the parties stipulate that the judgment may be amended to delete the reference therein to Title 18 U.S.C. § 2.

- 1 -

STIPULATION TO AMEND THE JUDGMENT

SF451164

cc: WDB's Stats, Copy to parties via ECF, Probation, Financial Marshal

DATED: March 13, 2007

/s/ John Giffin
JOHN GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for
TWILIGHT MARINE, LTD.

DATED: March 13, 2007

/s/ Maureen Bessette
MAUREEN BESSETTE
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby orders that Judgment in the above-entitled criminal matter be amended and that references to Title 18, U.S.C. § 2 be deleted. The clerk is directed to amend the Judgment in accordance with this Order.

DATED: March 15, 2007

Honorable Wayne D. Brazil
United States Magistrate Judge